No. 476, Misc. LEVY *v.* HAYWARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin* for respondents.

No. 477, Misc. LEVY *v.* EVANS ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin* for respondents.

No. 485, Misc. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 493, Misc. COBAS *v.* CLAPP, WARDEN. Supreme Court of Idaho. Certiorari denied.

No. 495, Misc. PERRY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin* for the United States.

No. 502, Misc. ALLEN *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 501, Misc. PENNSYLVANIA EX REL. SAUNDERS *v.* CAVELL, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied. *Louis C. Glasso* for petitioner.